

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SAMSON GUZMAN,<br><br>Petitioner,<br><br>vs.<br><br>DEBRA DEXTER,<br><br>Respondent. | Case No. EDCV 10-1009-JAK (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 1, 2011

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE